### (October 22, 1945.)

LUIGI CAVALLARO, Respondent, v. ARTHUR EXPRESS COMPANY et al., Appellants.— In an action for negligence, order setting aside a verdict in favor of the plaintiff upon the ground that the verdict is inadequate, and granting a new trial, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under an agreement made by DAVID BRUHL and MOSES BRUHL, et al., Respondents, v. JEANNE P. HEYMANN et al., Defendants; LAURENT DAVIS, Appellant, and GEORGE A. SELIGMANN et al., Respondents.— Judgment settling a trustee's accounts modified on the law by striking therefrom paragraphs V, VI, VII, XIV and XXVI, and by providing in lieu thereof that the remainder of the trust created for the benefit of Caroline Coblence during her life did not vest in the described heirs of her son, Leon, until the death of the primary life tenant, Caroline Coblence, so that survivorship as of that time was essential; and by incorporating provisions for distribution of principal and income in accordance with such construction. As so modified, the judgment, insofar as appealed from, is unanimously affirmed, with costs to all parties filing briefs, payable out of the fund. Conclusions of law inconsistent herewith are reversed and new conclusions will be made. The provision shows that the dominant time for vesting was at the termination of the estate of the primary life tenant, when the trust fund was to be divided into two equal shares. The language employed by the settlors is typical of that which comes within the province of the divide and pay over rule. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. Settle order on notice.

HYMAN COHEN, Respondent, v. FRED NADELMAN et al., Appellants. GEORGE BELL, Respondent, v. FRED NADELMAN et al., Appellants.— In two actions to recover salesmen's commissions, the order denies defendants' motion to consolidate the actions or, in the alternative, to order that they be tried together. The denial is with leave to renew the application after completion of examinations before trial. Appeal dismissed, with $10 costs and disbursements to each respondent. The order is not appealable. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

HYMAN COHEN, Respondent, v. FRED NADELMAN et al., Appellants.— In an action to recover commissions earned as a salesman, order dated April 24, 1945, granting in part defendants' motion for a bill of particulars, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Appeal from so much of an order dated May 29, 1945, as denies appellants' motion for reargument dismissed, without costs, as not appealable. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.